DAVID STEVENSON BREWING CO., Respondent, v. GRAZIADIO et al., Appellants. (Supreme Court, Appellate Term. November 24, 1905.) Appeal from City Court of New York. Action by the David Stevenson Brewing Company against Rosie G. Graziadio and another. From an order opening a default of plaintiff, defendants appeal. Affirmed. Henry M. Heymann, for appellants. Thomas J. Farrell, for respondent.

PER CURIAM. Gross abuse of discretion by the court in opening the default of the plaintiff not appearing, and after the entry of judgment the plaintiff "being at liberty to employ any other attorney to take such action in relation to the judgment and cause as he desired, without any order of substitution" (Davis v. Solomon, 25 Misc. Rep. 695, 696, 56 N. Y. Supp.

80), the order appealed from must be affirmed. Order affirmed, with costs and disbursements.